■ AABCO Sheet Metal Co., Inc., Respondent, et al., Plaintiffs, v Lincoln Center for the Performing Arts, Inc., et al., Defendants, and Mort Salkind, Appellant. [670 NYS2d 494] —Order, Supreme Court, New York County (Paula Omansky, J.), entered August 14, 1997, which, *inter alia*, denied defendant-appellant judgment debtor's motion to quash a CPLR 5224 subpoena served upon him by plaintiff judgment creditor, unanimously affirmed, with costs.

The motion to quash was properly denied notwithstanding that judgment debtor, an out-of-State resident, was served with the subpoena while in New York solely to attend trial in an unrelated action (*DuPont v Bronston*, 46 AD2d 369, 372-373 [Steuer, J., dissenting]). Unlike the subpoena in *DuPont*, which was served on the judgment debtor while attending a Federal court proceeding, here the subpoena was served in a State court, and thus considerations of comity do not constrain careful avoidance of any possible interference with the authority and dignity of another court (*supra*, at 372 [majority opn]; *cf., Lamb v Schmitt*, 285 US 222, 225; *Netograph Mfg. Co. v Scrugham*, 197 NY 377, 380). To the extent *DuPont* can be

read to hold that, apart from reasons of comity, a CPLR 5224 subpoena may not be served on a judgment debtor while voluntarily attending court in an unrelated proceeding, it is overruled. We have considered judgment debtor's other arguments and find them to be without merit. Concur—Sullivan, J. P., Williams, Tom and Andrias, JJ.